UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. JAMES B. CLARK |
| v. | DOCKET. NO. 1:24-cr-44 |
| STEVE REYNAGA | CONSENT ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

This matter having come before the Court on the application of defendant, Steve Reynaga through his counsel, Carol Dominguez, Assistant Federal Public Defender, and Andrew M. Trombly, Assistant United States Attorney for the District of New Jersey, and through United States Pretrial Services, for a Consent Order for Temporary Modification of Conditions of Pretrial Release in the above captioned matter, and for good cause shown,

IT IS ON THIS 29th day of July 2025, ORDERED that:

1. Steve Reynaga is permitted to travel to Mexico for the purposes of visiting his grandmother for up to 14 consecutive days before September 15, 2025. The specific travel days are to be approved at the discretion of U.S. Pretrial Services, to allow for unexpected changes in travel or unexpected cancellations.

2. Steve Reynaga will be staying with his family in (address and phone has been provided to U.S. Pretrial) and may be reachable by those means provided to U.S. Pretrial.

3. Steve Reynaga is to provide U.S. Pretrial a complete itinerary of travel and to immediately advise U.S. Pretrial of any delays or changes in travel.

All other previously imposed conditions of Pretrial Release remain in full force and effect.

IT IS SO ORDERED.

_____
HON. JAMES B. CLARK
UNITED STATES MAGISTRATE JUDGE

s/ *Andrew M. Trombly*
Andrew M. Trombly,
Asst. United States Attorney

s/ *Carol Dominguez*
Carol Dominguez,
Asst. Federal Public Defender